COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CR. NO. CR00-00445HG |
| vs. | INDICTMENT |
| ABRAHAM K. KAULIA, Defendant. | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

INDICTMENT

**COUNT 1**

The Grand Jury charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute and distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 2**

The Grand Jury further charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: Nov 15, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney

United States v. Abraham K. Kaulia
"Indictment"