STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2000

____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00445 HG |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a) |
| ABRAHAM K. KAULIA, ) | |
| Defendant. ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute and distribute approximately 26.967 grams of cocaine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a public or private elementary school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute approximately 26.840 grams of cocaine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a public or private elementary school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 3

The Grand Jury further charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a public or private secondary school or university.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 4

The Grand Jury further charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a public or private secondary school or university.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 5

The Grand Jury further charges that:

On or about November 4, 2000, within the District of Hawaii, ABRAHAM K. KAULIA did knowingly and intentionally possess with intent to distribute approximately 475.574 grams of cocaine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a public or private secondary school or university.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: 27 Dec , 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Abraham K. Kaulia
"First Superseding Indictment"

4