**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

APR 20 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ABRAHAM KAULIA, | No. 06-71057 |
| --- | --- |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

CR-00-00445-HG

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied because the Supreme Court has not made retroactive the cases cited by petitioner. Petitioner has not made a prima facie showing under 28 U.S.C. § 2255 of:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the defendant guilty of the offense; or

> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

06-71057

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

**DENIED.**

Judge Rymer concurs in the result.

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST
APR 20 2006
by:
Deputy Clerk